UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLENN TYLER CHRISTIE, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 1:19-cv-01289-BAH |
| THE ISLAMIC REPUBLIC OF IRAN, et al., | ) |
| Defendants. | ) |

## MOTION TO REINSTATE PLAINTIFFS' DEMAND FOR PUNITIVE DAMAGES and FOR AN AWARD OF PUNITIVE DAMAGES AGAINST DEFENDANTS

Plaintiffs hereby respectfully move to reinstate Plaintiffs' demand for punitive damages and an award of punitive damages against Defendants, as a supplement to Plaintiffs' Motion requesting Default Judgment on Liability and Damages, filed with this Court on January 29, 2020. (ECF Nos. 35 and 36.)

The grounds for the motion and the requested relief are set forth in the attached Memorandum in Support, which includes support for the reinstatement of Plaintiffs' punitive damage claims and grounds for an award of punitive damages against Defendants, as well as the calculated amounts of punitive damages proposed for each of the thirty-five (35) plaintiffs.

In addition, the attached Memorandum includes a calculation of the prejudgment interest awards proposed for each of the thirty-five (35) plaintiffs, as a Supplement to Plaintiffs' prior request for prejudgment interest, set forth in Plaintiffs' Motion for Default on Liability and Damages. (ECF Nos. 35 and 36.)

Plaintiffs requested relief as to its punitive damages claims and other requested relief in this Motion would not prejudice the Iranian Defendants who have failed to appear or otherwise answer Plaintiffs' Complaint and the Complaint would not require amendment.

1

WHEREFORE, Plaintiffs request that this Court grant their Motion to Reinstate Plaintiffs' Demand for Punitive Damages and award Punitive Damages against the Defendants, and for such other relief as the court deems just and proper.

Dated:  June 3, 2020  Respectfully submitted,

/s/  Michael Miller

The Miller Firm LLC
Michael J. Miller, Esq.
D.C. Bar No. 397689
108 Railroad Avenue
Orange, VA 22960
Tel: (540)-672-4224
Fax: (540)-672-3055
MMiller@millerfirmllc.com
DDickens@millerfirmllc.com
EMaggio@millerfirmllc.com

And

/s/ Gavriel Mairone

MM~LAW, LLC
Gavriel Mairone, Esq (Admitted *pro hac vice*)
Illinois Bar No. 618698

Adora Sauer, Esq (Admitted *pro hac vice)*
Illinois Bar No. 6256703
980 North Michigan Avenue, Suite 1400
Chicago, IL 60611
Tel: (312) 253-7444
Fax: (312) 275-8590
ctlaw@mm-law.com;
adora@mm-law.com

*Counsel for Plaintiffs*